UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 12-cv-10326-WGY

**FRIEDRICH LU**
Plaintiff

v.

**BOSTON COLLEGE**
Defendant

JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on March 5, 2013.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT BOSTON COLLEGE.**

  Robert M. Farrell
  Acting Clerk

**So Approved**

 /s/ William G. Young

   /s/ Jennifer Gaudet
  Deputy Clerk

**April 17, 2013**

**To: All Counsel**