UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>12-cv-10326-WGY</u>

**FRIEDRICH LU**
Plaintiff

v.

**STEPHEN HORGAN**
Defendant

**JUDGMENT**

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on April 10, 2013.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE PLAINTIFF FRIEDRICH LU with damages of one dollar.**

<u>Robert M. Farrell</u>
Acting Clerk

So Approved

<u>/s/ William G. Young</u>

<u>/s/ Jennifer Gaudet</u>
Deputy Clerk

April 17, 2013

To: All Counsel